**Danny Joe WAGLER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49147.**

Missouri Court of Appeals,
Western District.

April 18, 1995.

Barbara Hoppe, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Kocot, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Danny Joe Wagler appeals from the denial of his Rule 24.035 motion after an evidentiary

hearing. Wagler sought to vacate his conviction for two charges of sodomy, in violation of § 566.060, RSMo 1994 and two charges of sexual abuse, in violation of § 566.100, RSMo 1994. He received two twenty year sentences for the sodomy charges and two five year sentences for the sexual abuse charges, to be served consecutively.

Judgment is affirmed. Rule 84.16(b).